UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Yaisha Hodges,

    Plaintiff,

    v.        Case No. 2:19-cv-4742

Freddie Rufus,    Judge Michael H. Watson

    Defendant.    Magistrate Judge Jolson

## OPINION AND ORDER

Yaisha Hodges ("Plaintiff"), proceeding without the assistance of counsel, filed this action against Freddie Rufus ("Defendant") and moved to proceed *in forma pauperis*. Magistrate Judge Jolson issued a report and recommendation ("R&R") granting Plaintiff's motion to proceed *in forma pauperis* ("IFP") and, after conducting an initial screening of her Complaint pursuant to 28 U.S.C. § 1915(e), recommending dismissal of Plaintiff's claims. R&R, ECF No. 9. Plaintiff filed a timely objection. ECF No 10.

Federal Rule of Civil Procedure 72(b)(2) provides that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended

disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3).

Just like Plaintiff's initial Complaint, her objection is hard to follow. As best this Court can tell, her grievance centers around the custody of her son and an underlying state court proceeding. But, as the Magistrate Judge explained, Plaintiff's claims fail for numerous reasons. *See* R&R 3–4, ECF No. 9. Plaintiff's objection fails to demonstrate why this case is not barred by res judicata, how the federal court has jurisdiction to intervene in a state action, or how the statutes she relies on provide grounds for relief.

Accordingly, the Court **OVERRULES** Plaintiff's objection, **ADOPTS** the R&R, and **DISMISSES** Plaintiff's Complaint in its entirety. The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons, and the reasons stated in the Magistrate Judge's R&R, any appeal of this Order would not be taken in good faith, and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

                                            /s/ Michael H. Watson
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**